| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Siler, Eugene E. | 2. Court or Organization<br><br>Sixth Circuit Court of Appeals | 3. Date of Report<br><br>5/19/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>310 South Main Street, Ste 333<br>London, KY 40741 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate #1 |
| 2. Executor | Estate #2 |
| 3. Executor | Estate #3 |
| 4. Trustee | Trust #1 |
| 5. Administrative Board Member | Baptist Regional Medical Center, a part of Baptist Healthcare System, Inc. |
| 6. Director & Vice Chairman | National Institute for Hometown Security, Inc. |
| 7. Trustee | Baptist Healthcare Foundation, Inc. |
| 8. Director | Williamsburg High School Alumni Endowment Association, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Siler, Eugene E.**

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 5/19/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Baptist Healthcare System, Inc. | Sept. 18-22 | Nashville, TN | Seminar | Travel, lodging, food. |
| 2. | William & Mary Law School | Feb. 12-14 | Williamsburg, VA | Moot Court | Food, lodging. |
| 3. | University of Cincinnati | Apr. 9-11 | Cincinnati, OH | Moot Court | Travel, food, lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 5/19/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Community Trust Bank | Mortgage on rental property, Whitley County, KY. Part VII, line 19. | L |
| 2. | Community Trust Bank | Mortgage on rental property, Whitley County, KY. Part VII, line 17. | L |
| 3. | First State Financial | Mortgage on hunting preserve, Whitley County, KY. Part VII, line 16. | K |
| 4. | Community Trust Bank | Guarantor     student loans. | L |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 5/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Community Trust Bank (Common Stock) | C | Dividend | L | T | | | | | |
| 2.  Community Trust Bank Account | A | Interest | J | T | | | | | |
| 3.  KY Mine Supply (Common Stock) | A | Dividend | J | W | | | | | |
| 4.  Verizon (Common Stock) | C | Dividend | L | T | | | | | |
| 5.  Exxon Mobil (Common Stock) | E | Dividend | O | T | | | | | |
| 6.  Chevron (Common Stock) | B | Dividend | L | T | | | | | |
| 7.  Regions Financial (Common Stock) | A | Dividend | K | T | | | | | |
| 8.  Am. Funds (Mutual IRA) | A | Dividend | K | T | | | | | |
| 9.  Real estate (20A) (Whitley Co., KY)(Listed as 77A) | | None | K | S | | | | | |
| 10.  Pfizer (Common Stock) | A | Dividend | K | T | | | | | |
| 11.  Community Trust Bank, Estates 1&2 Accounts | A | Interest | J | T | | | | | |
| 12.  Community Trust Bank Trust #1 Account | A | Interest | J | T | | | | | |
| 13.  Community Trust Bank, Estate #3 Account | A | Interest | K | T | | | | | |
| 14.  Farmers Bank & Capital, Estate #3 Account, CD | A | Interest | J | T | | | | | |
| 15.  Johnson & Johnson (Common Stock) | B | Dividend | K | T | | | | | |
| 16.  Flying Rooster Farm, Inc. (Common Stock) | | None | K | U | | | | | |
| 17.  Rental Prop. No. 1, Whitley Co., KY (Purchase 2002 $128,000) | D | Rent | M | R | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 5/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Procter & Gamble (Common Stock) | A | Dividend | K | T | | | | | |
| 19. Rental Prop. No. 3, Whitley Co., KY. (Purchase 2006 $75,000) | C | Rent | L | · R | | | | | |
| 20. Harry Jeffries Holding, LLC | C | Dividend | K | S | | | | | |
| 21. SY Bancorp (pfd stock) | B | Dividend | K | T | | | | | |
| 22. Smucker Co. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 5/19/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

From VII - Investments

Line 3 - Value of Kentucky Mine Supply stock derived from appraisal in 2011 by corporate president.

Line 9 - Assessed value is at 100%, for $30,800.

Line 20 - Assessed value is at 100% and is done annually by the Commonwealth of Kentucky. 2010 assessment was at $13,342 for this part of the stock (20%).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Eugene E. Siler

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544